# United States Court of Appeals
## For the Eighth Circuit

———————————————

No. 12-2209

———————————————

United States of America

*Plaintiff - Appellee*

v.

Joseph A. Veselko

*Defendant - Appellant*

——————————

Appeal from United States District Court
for the Southern District of Iowa - Davenport

——————————

Submitted: January 17, 2013
Filed: January 23, 2013
[Unpublished]

——————————

Before WOLLMAN, BOWMAN, and GRUENDER, Circuit Judges.

——————————

PER CURIAM.

While Joseph Veselko was serving a period of supervised release following release from imprisonment on a federal drug conviction, the district court[1] found that

———————————————

[1]The Honorable John A. Jarvey, United States District Judge for the Southern District of Iowa.

Veselko had violated his supervised release by tampering with an electronic monitoring bracelet that he was required to wear during a period of home detention. The court revoked supervised release, and imposed a revocation sentence consisting of imprisonment and additional supervised release. Veselko appeals, arguing the court erred in finding that he violated his supervised release.

Upon careful review of the evidence presented by the government at the revocation hearing, we conclude the district court did not clearly err in finding that Veselko intentionally tampered with his electronic monitoring bracelet. *See United States v. Sistrunk*, 612 F.3d 988, 991 (8th Cir. 2010) (standard of review). Accordingly, we affirm the judgment of the district court. We also grant counsel's motion for leave to withdraw.

_____